

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00443-CV

| | | |
|---|---|---|
| Ray Bell | § | From the County Court |
| | § | of Young County (CV04558) |
| v. | | |
| | § | July 17, 2014 |
| Rick C. Ray | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed as moot. It is ordered that the appeal is dismissed as moot and we vacate the trial court's judgment.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
      Justice Sue Walker